J. B. Caro, J. C. Keyser and Josephine Caro by her next friend A. V. Caro, Appellants, v. W. H. Davidson, W. E. Anderson, Peter Knowles, C. C. Yonge *et al.,* Appellees.

### Division A.

Appeal from Circuit Court, Escambia county; Rhydon M. Call, Judge.

Benj. S. Liddon for appellants.

No appearance for appellees.

The bill in this cause was filed by the appellees against the appellants. There was decree for the complainants, and the defendants appeal. The decree is affirmed.

Decision *Per Curiam.*